IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LOIS YATES**                                                                                         **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO.: 1:19-CV-645-HSO-JCG**

**GULF COAST PHYSICIAN REALTY
GROUP, LLC and GULF COAST
OUTPATIENT SURGERY CENTER, LLC**                              **DEFENDANTS**

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is here before this Court on motion, ore tenus, of the parties to dismiss this matter pursuant to the provisions of Rule 41(a)(2), and this Court being fully advised in the premises and being further advised that the parties have agreed to a remediation of various impediments to access under the provisions of 42 U.S.C. '12181, the Americans with Disabilities Act, and further noting the agreement of all parties to this dismissal, does find that the motion, ore tenus, is well taken and is hereby Granted.   It is therefore,

ORDERED, ADJUDGED and DECREED, that this matter upon ore tenus motion of the parties is dismissed, with prejudice, with each party being responsible for their own costs of Court.

ORDERED AND ADJUDGED, this the 6th day of July, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

SIGNATURE PAGE(S) TO FOLLOW:

ORDER OF DISMISSAL WITH PREJUDICE

AGREED:

  /s/ Pshon Barrett
PSHON BARRETT, ESQ.
The ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106
Pshon.barrett@ADA-Firm.com
Attorney for Plaintiff


  /s/ William E. Whitfield, III
WILLIAM E. WHITFIELD III, ESQ.
KIMBERLY S. ROSETTI, ESQ.
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 10
Gulfport, MS   39502-0010
Attorney for Defendants